United States District Court
District of Delaware

no 345

Jonathan Lee Riches,
Plaintiff

V.

Kassia Meador; Fabiola daSilva; Gretchen Bleiler; Lyn-Z Adams; FCI Williamsburg,
Defendants

Habeas Corpus Relief under 28 USC 2254
Violation of 18 USC 3621, 3624

The manner in which my sentence was executed is unconstitional, FCI Williamsburg is denying me a transfer to a halfway house in Wilmington Delaware to be close to my sick family who lives off of Rt. 202 near the Cocordville mall. FCI Williamsburg is violating my 8th amendment rights for cruel and unusual punishment and I'm denied treatment programs in violation of the 2nd chance Act. I'm denied a year in a halfway house. I seek halfway house placement so I can financially help my family. I pray for relief

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400


RECEIVED
FILED
JUN -9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

FLORENCE SC 295
05 JUN 2008 PM 2 L

United States District Court
District of Delaware
J. Caleb Boggs Fed. Bldg.
844 N. King St
Wilmington, Delaware 19801



FCI/SCP WILLIAMSBURG
P O BOX 220
SALTERS, SC 29590
Date: 6/5/08

The enclosed letter was processed through special mail procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

_____
Mail Room Officer